[No. 707-3.    Division Three.    January 14, 1974.]

EUGENE J. DOLAN, *Appellant*, v. LIDDIE BROADCASTING CORPORATION et al., *Respondents*.

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 203298, Ralph P. Edgerton, J., entered July 28, 1972. *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, J., and Evans, J. Pro Tem.